# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.S., by and through her next friend, DOROTHY S., <br>     PLAINTIFF <br><br> vs. <br><br> VOICES FOR INTERNATIONAL BUSINESS AND EDUCATION, INC.; JOHN WHITE, Louisiana State Superintendent of Education in his official capacity; LOUISIANA DEPARTMENT OF EDUCATION; and LOUISIANA BOARD OF ELEMENTARY AND SECONDARY EDUCATION, <br>     DEFENDANTS | * * * * * * * * * * * * * * * | CASE NO. 2:17-cv-04200 <br><br> CHIEF JUDGE KURT D. ENGELHARDT <br><br> SECTION "N" <br><br> MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## Stipulation of Dismissal

Upon mutual agreement the parties stipulate to the dismissal of *Dorothy S. v. Voices for International Business and Education, Inc. et al,* 2:17-cv-04200-KDE-DEK under F.R.C.P. 41(a)(1)(A)(ii). The parties stipulate to the dismissal of the claims brought in 2:17-cv-04200-KDE-DEK on the following terms:

1. The parties agree to the dismissal *with prejudice* of the claims brought in the above referenced suit under the Americans with Disabilities Act.

2. The parties agree to the dismissal *without prejudice* of all claims related to the above referenced suit under the Individuals with Disabilities Education Act and Section 504 of the Rehabilitation Act of 1973.

Accordingly, the parties respectfully request that 2:17-cv-04200-KDE-DEK be dismissed on the above terms.

Respectfully submitted this 26th day of March, 2018,

THE ADVOCACY CENTER OF LOUISIANA

By: /s/ Debra J. Weinberg
    Kenneth Kolb (Bar. No. 18290)
Debra Weinberg (Bar No. 32760)
Ronald K. Lospennato (Bar. No. 32191)
8325 Oak St. New Orleans, LA 70118
Telephone: (504) 522-2337
Facsimile: (504) 522-5507
kkolb@advocacyla.org
dweinberg@advocacyla.org
rlospennato@advocacyla.org

*Counsel for Plaintiff*

ADAMS AND REESE LLP

By: /s/ Jaimmé A. Collins
Jaimmé A. Collins (#29805)
Timothy M. Brinks (#34461)
Taylor E. Brett (#36392)
4500 Poydras Street, Suite 4500
New Orleans, LA 70139 Telephone: 504-581-3234 Facsimile: 504-566-0210 E-mail: jaimme.collins@arlaw.com E-mail: timothy.brinks@arlaw.com E-mail: taylor.brett@arlaw.com

*Counsel for Defendant, Voices for International Business and Education, Inc.*

LOUISIANA DEPARTMENT OF EDUCATION

By: /s/ Candice R. Forest
Candice R. Forest
Parris Taylor
Joan Hunt
LOUISIANA DEPARTMENT OF EDUCATION
1201 North Third Street
Baton Rouge, LA 70802
(225) 342-3572
Candice.forest@la.gov
Parris.taylor@la.gov
Joan.hunt@la.gov