UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.S., by and through her next friend, DOROTHY S.,     PLAINTIFF | * * * * | CASE NO. 2:17-cv-04200 |
| vs. | * * | CHIEF JUDGE KURT D. ENGELHARDT |
| | * | SECTION "N" |
| VOICES FOR INTERNATIONAL BUSINESS AND EDUCATION, INC.; JOHN WHITE, Louisiana State Superintendent of Education in his official capacity; LOUISIANA DEPARTMENT OF EDUCATION; and LOUISIANA BOARD OF ELEMENTARY AND SECONDARY EDUCATION,     DEFENDANTS | * * * * * * * * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### ORDER

As set before in the parties' Stipulation (Rec. Doc. 56), **IT IS ORDERED** that:

(1) Plaintiff's claims brought in the above-captioned suit under the Americans with Disabilities Act are **DISMISSED WITH PREJUDICE;** and

(2) Plaintiff's claims brought in the above-captioned suit under he Individuals with Disabilities Education Act and Section 504 of the Rehabilitation Act of 1973 are **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 9th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE